# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| **JOSHUA GRIFFIN,** | ) |
| Plaintiff, | ) ) |
| vs. | ) CIVIL ACTION NO. ) 2:14-CV-016-MHT ) |
| **NEPTUNE TECHNOLOGY GROUP, INC.,** | ) ) ) |
| Defendant. | ) ) |

## DEFENDANT'S MOTION FOR PARTIAL SUMMARY JUDGMENT

Pursuant to Federal Rule of Civil Procedure 56, Defendant Neptune Technology Group, Inc., ("Neptune") moves for partial summary judgment. In support of this motion, Neptune relies on the pleadings and evidence on file with the Court, Defendant's Brief in Support of its Motion for Partial Summary Judgment, and Defendant's Evidentiary Submission, which are filed contemporaneously herewith. As these matters affirmatively and without dispute demonstrate, there is no genuine issue of material fact and Neptune is entitled to judgment as a matter of law.

WHEREFORE, Defendant Neptune Technology Group, Inc., respectfully requests that this Court enter partial summary judgment in its favor.

                                      Respectfully Submitted,

                                      s/ Charles A. Powell IV
                                      Charles A. Powell IV
                                      Katherine Suttle Weinert

                                      Attorneys for Defendant Neptune
                                      Technology Group, Inc.

**OF COUNSEL:**
**LITTLER MENDELSON, P.C.**
420 20th Street North, Suite 2300
Birmingham, Alabama 35203-3204
Telephone: 205.421.4700
Facsimile: 205.421.4699
cpowell@littler.com
kweinert@littler.com


## CERTIFICATE OF SERVICE

     I certify that on July 21, 2014, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

| | |
|---|---|
| John Michael Segrest | Oscar Angwin |
| The Segrest Law Firm | Angwin Law Firm |
| P.O. Box 780791 | 400 Grand Avenue |
| Tallassee, AL 36078 | Fort Payne, AL 35967 |

                                      s/ Charles A. Powell IV
                                      OF COUNSEL