# IN THE UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF ALABAMA

| JOSHUA GRIFFIN | |
| --- | --- |
| *Plaintiff* | |
| v. | Civil Action No. 2:14CV16-MHT |
| NEPTUNE TECHNOLOGY GROUP, INC. | (Jury Demanded) |
| *Defendant* | |

## PLAINTIFF'S LIST OF EXHIBITS

COMES NOW the Plaintiff in the above case; and, in keeping with the requirements of the Court's Uniform Scheduling Order (Doc. 11), submits the following list of exhibits which Plaintiff intends to offer into evidence at the trial of this matter:

| EX. # | IDENTIFICATION | BATES START | BATES END |
| --- | --- | --- | --- |
| 1 | Employee Handbook | Neptune0001 | Neptune0038 |
| 3 | Email with subject: Roper Training Status | Neptune1660 | Neptune1660 |
| 3A | List of employees needing Roper Training | Neptune 1817 | Neptune1819 |
| 5 | Garnishment paperwork | Neptune1848 | Neptune1854 |
| 7 | Griffin Employee File | Neptune0102 Neptune0121 | Neptune0118 Neptune0121 |
| 8 | Notes – conversation with Ryan Ray | Neptune1960 | Neptune1960 |
| 9 | Anniversary Review/Change of Status forms | Neptune0065 Neptune 0070 Neptune0078 Neptune0079 Neptune0084 Neptune0086 Neptune0087 | Neptune0065 Neptune 0070 Neptune0078 Neptune0079 Neptune0084 Neptune0086 Neptune0087 |
| 13 | Email with subject:  Josh Griffin | Neptune1968 | Neptune1970 |
| 14 | Email – setting up surveillance camera | Neptune2078 | Neptune2078 |
| 15 | Notes made by Deborah Davis | Neptune4199 | Neptune4199 |
| 16 | Employee Warning Record | Neptune0122 | Neptune0122 |
| 17 | Hotline Report & response to it | Neptune2085 Neptune2093 | Neptune2086 Neptune 2094 |
| 18 | Email – "dead after him" | Neptune2082 | Neptune2083 |

| 19 | Employee Warning Record | Neptune0123 | Neptune0123 |
| --- | --- | --- | --- |
| 20 | Email – Retaliation claim that requires your investigation and response. | Neptune2084 | Neptune2084 |
| 22 | Email – "That's the way I read it also…." | Neptune2088 Neptune2091 | Neptune2088 Neptune2091 |
| 23 | Email – Warnings won't be applicable | Neptune2103 | Neptune2105 |
| 24 | Email – persons on pack line could have seen intercom in use | Neptune2120 | Neptune2120 |
| 25 | Emails regarding intercom issue | Neptune2128 | Neptune2129 |
| 25A | Emails regarding intercom issue | Neptune2130 | Neptune2131 |
| 26 | Email – wants lyrics to song | Neptune2122 | Neptune2122 |
| 27 | Emails about intercom incident | Neptune2126 | Neptune2126 |
| 28 | Suspension notice 11/12/12 | Neptune0059 | Neptune0059 |
| 29 | J. Holmes handwritten notes | Neptune0246 | Neptune0246 |
| 32 | Photo of machine | Neptune0214 | Neptune0214 |
| 35 | Email – terminated Josh 1/18/13 | Neptune2300 | Neptune2300 |
| 37 | Notes by Jill Samuelson about termination 1/18/13 | Neptune2299 | Neptune2299 |
| 38 | Email sending Jill S.'s notes to R. Morgan | Neptune2298 | Neptune2298 |
| 39 | Email 2/3/14 – was Carol Franks working the night…. | Neptune3687 | Neptune3688 |
| 39A | Email – reply by F. Pierce – I was only supervisor in the factory. | Neptune3690 | Neptune3690 |
| 41 | Notes about receipt of write-up on Josh Griffin | Neptune0060 | Neptune0060 |
| 42 | Employee Warning – overtime | Neptune0061 | Neptune0061 |
| 43 | Response to EEOC | Neptune2642 | Neptune2655 |
| 44 | Email – setting appt to discuss Josh | Neptune2728 | Neptune2729 |
| 45 | F. Pierce notes about bypass mode | Neptune0249 | Neptune0249 |
| 46 | J. Holmes handwritten note | Neptune0247 | Neptune0247 |
| 48 | Position Statement | Neptune0134 | Neptune0213 |
| 49 | Email – saw Josh near fence | Neptune2784 | Neptune2784 |
| 49A | Email – can cameras be pointed? | Neptune2785 | Neptune2785 |
| 49B | Email – Which fence? | Neptune2786 | Neptune2786 |
| 49C | Email – I will watch the fence…. | Neptune2787 | Neptune2787 |
| 51 | COBRA docs | Neptune0129 | Neptune0133 |
| 58 | New Supervisor Injury Report | Neptune2147 | Neptune2148 |
| 60 | Email – "Back injury" | Neptune3646 | Neptune3646 |
| 64 | Time Detail for Josh Griffin | Neptune0092 | Neptune0094 |
| 65 | Funeral Leave/Jury Duty | Neptune0067 | Neptune0069 |
| 66 | Hand-written notes of unknown origin | Neptune0066 | Neptune0066 |
| 68 | Email with OT report attached | Neptune3735 | Neptune3793 |
| 69 | Audio recordings | N/A | N/A |
| 70 | Ian McMillan notes | Neptune4442 | Neptune4442 |

| 71 | Follow-up investigation report | Neptune4457 | Neptune4459 |
| 72 | Email – question still meeting | Neptune0027696 | Neptune0027696 |
| 85 | Email – did you write him up | Neptune0027691 | Neptune0027691 |
| 86 | W/C Closed Claim Notice | Neptune0040 | Neptune0040 |
| 87 | 08-08-12 Investigation of G.C. matter | Neptune0027670 | Neptune0027688 |
| 88 | Email – Be careful of timing | Neptune0027702 | Neptune0027702 |
| 89 | Email – Retaliation claim requires your investigation and response | Neptune0034206 | Neptune0034206 |
| 90 | EEOC website info | Doc. 53-34 | Doc. 53-34 |
| 91 | COBRA documents | Neptune0128 | Neptune0133 |

In addition to the above exhibits, the Plaintiff may offer any or all of the following exhibits if the need arises:

| EX. # | IDENTIFICATION | BATES START | BATES END |
|---|---|---|---|
| 2 | Email – Safety Award Clarity | Neptune2116 | Neptune2117 |
| 4 | List of people without Roper training | Neptune1817 | Neptune1847 |
| 6 | Lean Training schedule | Neptune1265 | Neptune1265 |
| 10 | List of employees | Neptune1963 | Neptune1963 |
| 11 | Email about Holmes/Ray incident | Neptune1964 | Neptune1964 |
| 12 | Email subject Josh Griffin | Neptune1965 | Neptune1965 |
| 21 | Pierce statement for Griffin's ethics claim | Neptune3794 | Neptune3794 |
| 30 | Email – Josh will report to work | Neptune2134 | Neptune2134 |
| 31 | Email – about pressure test in bypass | Neptune2291 | Neptune2291 |
| 33 | Email & termination letter draft | Neptune2293 | Neptune2294 |
| 34 | Email – Josh not to be allowed on property | Neptune2297 | Neptune2297 |
| 36 | Josh's hand-written notes | Neptune4258 | Neptune4265 |
| 40 | Email about bypass mode | Neptune3795 | Neptune3795 |
| 47 | James T. Baker note regarding bypass mode | Neptune0248 | Neptune0248 |
| 50 | Emails about watching fence | Neptune2788 | Neptune2788 |
| 52 | Injury/Illness form | Neptune0050 | Neptune0050 |
| 53 | LabCorp pre-employment drug test | Neptune0051 | Neptune0051 |
| 54 | Employer's report of Injury or Occupational Disease | Neptune0045 | Neptune0049 |
| 55 | Emergency Room Record | Neptune0039 | Neptune0044 |
| 56 | Email inquiring about Josh's restrictions & response | Neptune2173 | Neptune2173 |
| 57 | Copy of front of envelope | Neptune4115 | Neptune4115 |
| 59 | Email about Josh's restrictions | Neptune2162 | Neptune2162 |
| 61 | Shift Report 58 Meter Assembly | Neptune4441 | Neptune4441 |

| 62 | Production report | Neptune4392 | Neptune4440 |
|---|---|---|---|
| 67 | Report of terminated employees | Neptune2868 | Neptune2870 |
| 74 | Email – working on response for Griffin claim | Neptune0034206 | Neptune0034206 |
| 75 | Email – Jill wants to review Josh's complaint with F.Pierce (R. Morgan OKs) | Neptune0031336 | Neptune0031336 |
| 76 | Email – same as 75 (R. Wallace OKs) | Neptune0031337 | Neptune0031337 |
| 77 | Email from Ian McMillan with document attached | Neptune0031389 | Neptune0031390 |
| 78 | Email and paging report | Neptune0032761 | Neptune0032764 |
| 79 | Email regarding a page from C.B.'s phone | Neptune0032765 | Neptune0032765 |
| 80 | Emails – subject: Investigation | Neptune0033280 | Neptune0033280 |
| 81 | Email – are you available to discuss Griffin situation? | Neptune0033856 | Neptune0033856 |
| 82 | Appointment scheduling – subject: Employee issue | Neptune0033858 | Neptune0033858 |
| 83 | Email – We received an additional EEO charge…. | Neptune0034205 | Neptune0034205 |
| 84 | Email – R. Wallace available to discuss Griffin situation | Neptune0033857 | Neptune0033857 |
| 92 | L.Pitts Workplace violence investigation from 8/11 incident | Neptune0030335 | Neptune0030340 |
| 93 | Email – several people asking for OT | Neptune0031372 | Neptune0031372 |
| 94 | Typewritten notes regarding the L.Pitts incident | Neptune0030187 | Neptune0030187 |
| 95 | Emails about Roper report | Neptune0031359 | Neptune0031360 |
| 96 | 8/9/12 – Notes regarding conversation with Anita Forte | Neptune0031358 | Neptune0031358 |
| 97 | Email – response to Forte's claim | Neptune0031355 | Neptune0031355 |
| 98 | Email – OK with response | Neptune0031388 | Neptune0031388 |
| 99 | Email – need to come to resolution with Tina | Neptune0027601 | Neptune0027601 |
| 100 | Emails – work with Jill on response | Neptune0027592 | Neptune0027592 |
| 101 | Email – for your review and response | Neptune0027523 | Neptune0027523 |
| 102 | Email - Excellent response. | Neptune0027603 | Neptune0027603 |
| 103 | Notes from meeting with Tina Fort | Neptune0027602 | Neptune0027602 |
| 104 | 8/9/12 Details of conversation w/ Anita Forte | Neptune0027690 | Neptune0027690 |
| 105 | Email – Response regarding Fort issue | Neptune0031355 | Neptune0031357 |
| 106 | Emails between R. Morgan and J. Samuelson | Neptune0030122 | Neptune0030122 |
| 107 | Emails about video storage package | Neptune0032056 | Neptune0032057 |
| 108 | Emails about travel plans | Neptune0031980 | Neptune0031980 |

| 109 | Email – Monday night news | Neptune0031976 | Neptune0031977 |
| 110 | Email – Sunday night news | Neptune0030177 | Neptune0030178 |

In addition to the primary and secondary exhibits indicated above, Plaintiff may also offer:

a) Documents produced by Defendant to substantiate any affirmative defense;

b) Any public records regarding any witness listed on Plaintiff's or Defendant's witness lists;

c) Any document filed as an exhibit to or part of any pleading in this matter;

d) Any and all depositions taken in this matter, with accompanying exhibits;

e) Any and all exhibits offered or referred to by Defendant or listed on Defendant's list of exhibits;

f) Any and all documents necessary for the purpose of rebuttal or impeachment.

Respectfully submitted this 8th day of October, 2014.

*/s/ John Michael Segrest*
John Michael Segrest (ASB-8306-H58S)
Attorney for Plaintiff
The Segrest Law Firm
P.O. Box 780791
Tallassee, AL  36078
Telephone:  334-252-0036
Email:  Mike.Segrest@SegrestLaw.com

OF COUNSEL:
Oscar Angwin (ASB-9575-I28A)
Angwin Law Firm
400 Grand Avenue
Fort Payne, AL 35967
Telephone: 256-996-0273
Email: orangwin@angwinlaw.net

<u>Certificate of Service</u>

      I hereby certify that I served a copy of the foregoing document by utilization of the Court's electronic filing system, or otherwise by placing a copy of same in the United States Mail, postage prepaid and addressed as follows on the 8th day of October, 2014:

Charles Powell, Esq.
Katherine Suttle Weinert, Esq.
Littler Mendelson, P.C.
420-20th St., North – Suite 2300
Birmingham, AL  35203-3204


                                              */s/ John Michael Segrest*
                                              John Michael Segrest