IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA

| JOSHUA GRIFFIN | |
| *Plaintiff* | |
| | Civil Action No. 2:14CV16-MHT |
| v. | |
| | (Jury Demanded) |
| NEPTUNE TECHNOLOGY GROUP, INC. | |
| *Defendant* | |

## PLAINTIFF'S LIST OF WITNESSES

COMES NOW the Plaintiff in the above case; and, in keeping with the requirements of the Court's Uniform Scheduling Order (Doc. 11), submits the following list of witnesses whom Plaintiff intends to call to testify during the trial of this matter:

| WITNESS NAME | WITNESS ADDRESS and TELEPHONE NUMBER |
|---|---|
| Joshua Griffin | c/o John Michael Segrest |
| Rev. James D. Oliver | Tallassee, AL  36078<br>Phone unknown |
| Mary Lois Dallas | Tallassee, AL  36078<br>334-252-1475 |
| Quinetta Griffin | c/o John Michael Segrest |
| Ashley Brooks | Prattville, Alabama<br>334-283-6555 |
| Deborah Davis | Tallassee, AL  36078<br>334-283-6555 |
| Tamara Bozeman | Tallassee, AL  36078<br>334-224-2180 |
| Tena Fort | Tallassee, AL  36078<br>334-415-0663 |
| Jill Samuelson | Tallassee, AL  36078<br>334-283-6555 |

| | |
|---|---|
| Ricky Morgan | Tallassee, AL  36078<br>334-283-6555 |
| Rod Wallace | Tallassee, AL  36078<br>334-283-6555 |
| Ian McMillan | Tallassee, AL  36078<br>334-283-6555 |
| Frank Pierce | Tallassee, AL  36078<br>334-283-6555 |
| Wayne Pitchford | Tallassee, Alabama<br>334-283-6555 |
| Richard Kostal | Cleveland, Mississippi<br>Telephone unknown |
| Crystal Ware | Tallassee, AL  36078<br>334-401-1344 |
| Christian White | Tallassee, AL  36078<br>334-552-2006 |
| Travis Mann | Tallassee, AL  36078<br>334-415-2206 |

In addition to the above witnesses, the Plaintiff may call any or all of the following witnesses if the need arises:

| WITNESS NAME | WITNESS ADDRESS and TELEPHONE NUMBER |
|---|---|
| Demetrius (last name unknown) | Tallassee, AL  36078<br>334-283-6555 |
| Faye (last name unknown) | Tallassee, AL  36078<br>334-283-6555 |
| Jeremy (last name unknown) | Tallassee, AL  36078<br>334-283-6555 |
| Verlisia Stafford | Tuskegee, Alabama<br>334-283-6555 |
| Jamavis Holmes | Tallassee, AL  36078<br>334-283-6555 |
| Todd Pickett | Tallassee, AL  36078<br>334-283-6555 |
| Faye Robinson | Tallassee, AL  36078<br>334-283-6555 |
| Kevan J. Jackson | Birmingham, AL  35205<br>205-212-2128 |

| | |
|---|---|
| Delner Franklin-Thomas | Birmingham, AL  35205<br>205-212-2128 |
| Glenda Brooks | Birmingham, AL  35205<br>205-212-2127 |
| E. Arnold Johnson | Montgomery, AL  36117<br>334-260-8308 |
| Carol Frank | Birmingham, AL  35203<br>205-421-4700 |
| Debra Smith | Millbrook, Alabama<br>334-313-8011 |
| Bo Baker | Tallassee, AL  36078<br>334-283-6555 |
| Cris Bishop | Tallassee, AL  36078<br>334-283-6555 |
| Kahdra Emfinger | Birmingham, Alabama<br>205-421-4700 |
| Sharita Anderson | Birmingham, Alabama<br>205-421-4700 |
| Marilyn Bailey | Opelika, Alabama<br>334-703-3107 |
| Marilyn Collins | Tallassee, Alabama<br>334-283-5946 |
| Doug Russell | Birmingham, Alabama<br>205-421-4700 |
| Robert Hornsby | Birmingham, Alabama<br>205-421-4700 |
| Demetrius Adams | Tallassee, Alabama<br>Telephone unknown |
| Tammy Timmerman | Tallassee, AL  36078<br>334-283-6555 |
| Carol Parnell | Tallassee, AL  36078<br>334-283-6555 |
| Ryan Ray | Tallassee, AL  36078<br>334-750-5478 |

In addition to the primary and secondary witnesses indicated above, Plaintiff may also call as witnesses:

a) Any custodian of records needed to prove any subpoenaed documents;

b) Any witness listed in Defendant's Initial Disclosures and Supplemented Disclosures;

c) Any witness listed in the Defendant's Witness List;

d) Any witness needed for rebuttal or for any trial subpoena.

Plaintiff does not anticipate calling any expert witnesses or presenting any evidence via deposition testimony, but reserves the right to use deposition testimony for impeachment purposes and any other purpose permitted by the *Federal Rules of Evidence*.

Respectfully submitted this 8th day of October, 2014.

        */s/ John Michael Segrest*
        John Michael Segrest (ASB-8306-H58S)
        Attorney for Plaintiff
        The Segrest Law Firm
        P.O. Box 780791
        Tallassee, AL  36078
        Telephone:  334-252-0036
        Email:  Mike.Segrest@SegrestLaw.com

OF COUNSEL:
Oscar Angwin (ASB-9575-I28A)
Angwin Law Firm
400 Grand Avenue
Fort Payne, AL 35967
Telephone: 256-996-0273
Email: orangwin@angwinlaw.net

Certificate of Service

       I hereby certify that I served a copy of the foregoing document by utilization of the Court's electronic filing system, or otherwise by placing a copy of same in the United States Mail, postage prepaid and addressed as follows on the 8th day of October, 2014:

Charles Powell, Esq.
Katherine Suttle Weinert, Esq.
Littler Mendelson, P.C.
420-20th St., North – Suite 2300
Birmingham, AL  35203-3204


                                      */s/ John Michael Segrest*
                                      John Michael Segrest