# THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | |
|---|---|
| JOSHUA GRIFFIN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CIVIL ACTION NO. |
| ) | |
| NEPTUNE TECHNOLOGY ) | 2:14-CV-016-MHT-SRW |
| GROUP, INC., ) | |
| ) | |
| Defendant. ) | |

## DEFENDANT'S TRIAL WITNESS LIST

Pursuant to Section 9 of the court's Order dated March 4, 2014 [Doc. 11], Defendant Neptune Technology Group, Inc., hereby identifies the following witnesses for trial.

**A.   Witnesses Expected To Be Called**

1. Ian McMillan
2. Frank Pierce
3. Jill Samuelson
4. Ashley Brooks
5. Charles Ricky Morgan
6. James T. Baker
7. Verlisia Stafford
8. Jamavis Holmes
9. Rod Wallace
10. Kahdra Emfinger

      11.    Tammy Timmerman

**B.    Witnesses Who May Be Called**

      12.    Rhonna Funderburk

      13.    Crystal Ware

      14.    Travis Mann

      15.    Lacey Brewer

      16.    Richard Kostal

      17.    Doug Russell

      18.    Robert Hornsby

      19.    John David Lambert

      20.    Deborah Davis

      21.    John Michael Segrest

      22.    Onin Staffing
                Records Custodian

      23.    A1 Employment
                Records Custodian

      24.    Madix, Inc.
                Records Custodian

      25.    Elwood Staffing
                Records Custodian

      26.    Impeachment witnesses as necessary.

      27.    Rebuttal witnesses as necessary.

      28.    Plaintiffs' witnesses unless otherwise objected to.

- 3 -

        Respectfully Submitted,

        s/ Charles A. Powell IV
        Charles A. Powell IV
        Katherine Suttle Weinert

        Attorneys for Defendant Neptune
        Technology Group, Inc.

**OF COUNSEL:**
**LITTLER MENDELSON, P.C.**
420 20th Street North, Suite 2300
Birmingham, Alabama 35203-3204
Telephone: 205.421.4700
Facsimile: 205.421.4699
cpowell@littler.com
kweinert@littler.com

## CERTIFICATE OF SERVICE

    I certify that on October 8, 2014, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

| | |
|---|---|
| John Michael Segrest | Oscar Angwin |
| The Segrest Law Firm | Angwin Law Firm |
| P.O. Box 780791 | 400 Grand Avenue |
| Tallassee, AL 36078 | Fort Payne, AL 35967 |

        s/ Charles A. Powell IV
        OF COUNSEL