```
        IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

           MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION


JOSHUA GRIFFIN,                )
                               )
    Plaintiff,                 )
                               )    CIVIL ACTION NO.
    v.                         )       2:14cv16-MHT
                               )          (WO)
NEPTUNE TECHNOLOGY GROUP,      )
                               )
    Defendant.                 )
```

## JUDGMENT

It is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) The plaintiff's motion to dismiss voluntarily counts I and IV (doc. no. 75) is granted, and the harassment and hostile-environment claims (as set forth in the motion) are dismissed with prejudice.

(2) The plaintiff's claims for disparate treatment under Title VII (Count II) and his claim for retaliatory discharge for filing a worker's compensation claim (Count VIII) are dismissed with prejudice. In his response to the pending motion for

summary judgment, the plaintiff indicated a desire to voluntarily dismiss these claims.

(3) The plaintiff's claim that he was improperly denied worker's compensation is dismissed with prejudice. In the parties' proposed pretrial order, they informed the court that they had fully resolved this claim.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is not closed.

DONE, this the 23rd day of December, 2014.

                      /s/ Myron H. Thompson
                      UNITED STATES DISTRICT JUDGE