IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| JOSHUA GRIFFIN,            )<br>                            )<br>   Plaintiff,             )<br>                            )      CIVIL ACTION NO.<br>   v.                       )        2:14cv16-MHT<br>                            )           (WO)<br>NEPTUNE TECHNOLOGY GROUP,   )<br>                            )<br>   Defendant.               ) | |

### JUDGMENT

In accordance with the opinion entered this date, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) Defendant Neptune Technology Group's motion for summary judgment (doc. no. 37) is granted as to plaintiff Joshua Griffin's Title VII retaliation claim based on 'internal complaints.'

(2) Said motion is denied as to plaintiff Griffin's COBRA claim.  This claim shall go to trial.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment

pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is not closed.

DONE, this the 13th day of April, 2015.

    /s/ Myron H. Thompson
    UNITED STATES DISTRICT JUDGE